# Court of Appeals
# of the State of Georgia

ATLANTA,  May 11, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1597.  DONALD H. KIMBALL v. FIFTH THIRD MORTGAGE CO.**

In this civil action, on August 24, 2016, the trial court entered an order clarifying that plaintiff Donald H. Kimball had been represented by counsel from the time he filed his complaint until April 7, 2016, and that all of the pro se pleadings he filed before that date were null and void.  The trial court denied Kimball's request for a certificate of immediate review, and Kimball filed a direct appeal in the Georgia Supreme Court, which transferred the case here.  We lack jurisdiction.

Because there is no final judgment and the case remains pending below, the order from which Kimball seeks to appeal is interlocutory and not appealable without compliance with the interlocutory appeal procedures of OCGA § 5-6-34 (b), which include obtaining a certificate of immediate review from the trial court and filing an application for interlocutory appeal setting forth the need for review.  See OCGA § 5-6-34 (a) (1); *In the Interest of W. L.*, 335 Ga. App. 561, 563 (782 SE2d 464) (2016); *Mauer v. Parker Fibernet, LLC*, 306 Ga. App. 160, 161 (701 SE2d 599) (2010).  Further, the denial of a certificate of immediate review is not directly appealable. *Price v. State*, 237 Ga. 352, 352 (1) (227 SE2d 368) (1976).

Kimball's failure to follow the interlocutory appeal procedure deprives us of jurisdiction over this appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*   *05/11/2017*
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*